# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>                       v.<br><br>NATIONAL INSTITUTE OF DIAPER SERVICES, INC.,<br>        Defendant. | 1:20-mc-00121<br>(Originally Civil Action No. 63-3103) |

## MOTION OF THE UNITED STATES TO
## TERMINATE A LEGACY ANTITRUST JUDGMENT

Plaintiff, United States of America ("United States"), moves to terminate the judgment in the above-captioned antitrust case pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.  As explained in the accompanying United States' Memorandum of Law in Support of Its Motion to Terminate A Legacy Antitrust Judgment, the United States has concluded that because of age and changed circumstances since its entry, this decades-old judgment no longer serves to protect competition.  The United States gave the public notice and the opportunity to comment on its intent to seek termination of the judgment in the above-captioned case; it received no comments opposing termination.  For these and other reasons explained in the accompanying memorandum, the United States requests that this judgment be terminated.

                                        Respectfully submitted,

Dated: February 28, 2020              /s/ *Ann Cho Lucas*
                                            Ann Cho Lucas
                                            Trial Attorney
                                            Antitrust Division
                                            United States Department of Justice
                                            26 Federal Plaza, Suite 3630
                                            New York, NY 10128
                                            Telephone: (212) 895-4186
                                            Facsimile: (212) 335-8023
                                            Email:  ann.lucas@usdoj.gov