**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,
        Plaintiff,

                    v.

NATIONAL INSTITUTE OF DIAPER
SERVICES, INC.,
            Defendant.

1:20-mc-00121
(Originally Civil Action No. 63-3103)

**[PROPOSED] ORDER TERMINATING FINAL JUDGMENT**

The Court having received the motion of plaintiff United States of America for

termination of the final judgment entered in the above-captioned case, and the Court having

considered all papers filed in connection with this motion, and the Court finding that it is

appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

The Clerk of Court is requested to close this miscellaneous matter.

Dated:   March 27, 2020

/s/ Laura Taylor Swain
United States District Court Judge
Southern District of New York